# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALEJANDRO CHAVEZ, JR., et al.,

    Plaintiff(s),

v.

STANDARD FIRE INSURANCE COMPANY,

    Defendant(s).

Case No. 2:24-cv-00787-CDS-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties must file a joint discovery plan by June 21, 2024.

    IT IS SO ORDERED.

    Dated: June 14, 2024

                                            Nancy J. Koppe
                                            United States Magistrate Judge

1