1  PAUL A. SHPIRT, ESQ.
   Nevada Bar No. 10441
2  DIMOPOULOS INJURY LAW
   6671 South Las Vegas Blvd., Suite 275
3  Las Vegas, NV 89119
   O: (702) 800-6000
4  F: (702) 224-2114
   ps@stevedimopoulos.com
5  *Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEJANDRO CHAVEZ, JR., individually; ANGELI ELIZABETH RIVERA, individually; <br><br> Plaintiffs <br><br> vs. <br><br> STANDARD FIRE INSURANCE COMPANY; a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, <br><br> Defendant | CASE NO.:   2:24-cv-00787-CDS-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiffs, ALEJANDRO CHAVEZ, JR. and ANGELI ELIZABETH RIVERA ("Plaintiffs"), and Defendant, STANDARD FIRE INSURANCE COMPANY, by and through their respective counsel of record, having entered into an agreement to arbitrate Plaintiffs' respective insurance claims at issue in this matter, hereby stipulate and request that the entire action be dismissed in its entirety, including all claims that were or could have been asserted herein, with prejudice. Each party will bear their own costs and attorneys' fees.

///

///

///

Page 1 of 2

The trial in this matter has not been set.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED this 19th day of December 2024.   DATED this 19th day of December 2024.

**DIMOPOULOS INJURY LAW**   **WORTHE HANSON & WORTHE**

*[signature]*   *[signature]*

PAUL A. SHPIRT, ESQ.   JOHN R. HANSON, ESQ.
Nevada Bar No. 10441   Nevada Bar No. 13141
6671 S. Las Vegas Blvd., Suite 275   1851 East First Street, Suite 860
Las Vegas, Nevada 89119   Santa Ana, California 92705
*Attorney for Plaintiff*   *Attorney for Defendant*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

*[signature]*
Cristina D. Silva
United States District Judge

DATED: December 23, 2024